UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/09

------------------------------------------------------------x

TITAN BUNKERING LTD.,

               Plaintiff,

    - against -

CENTRAL OIL CO. LTD. and
MIPO SHIPPING COMPANY LTD.,

               Defendants.

------------------------------------------------------------x

08 Civ. 10944 (HB)

**ADDENDUM TO *EX PARTE* ORDER FOR PROCESS OF MARITIME ATTACHMENT**

Hon. Harold Baer, Jr., District Judge:

    IT IS FURTHER

    ORDERED that this Addendum is an integral part of the Order of today's date for the process of maritime attachment pursuant to Rule B of the Supplemental Rules. If any provision of this Addendum conflicts with the body of the Order, the provision of this Addendum shall be controlling; and it is further

    ORDERED that if no assets are attached within 90 days of this Order, then the *Ex Parte* Order for Process of Maritime Attachment shall expire, unless good cause for an extension is shown prior to the expiration of the 90 day period; and it is further

    ORDERED that the plaintiff shall advise this Court in writing within 45 days hereof whether arbitration on the underlying claims has been commenced and, if not commenced and no good cause has been shown for the failure to do so, then the attachment shall be vacated without further notice to any party; and it is further

    ORDERED that upon expiration or vacatur of the *Ex Parte* Order for Process of Maritime Attachment by reason of either of the foregoing two paragraphs of this Addendum, this action shall be dismissed without prejudice, without costs and without further notice to any party; and it is further

SO ORDERED.

March \_\_\_, 2009
New York, New York

_____
U.S.D.J.